

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00486-CR

Felix **MARFIL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR10442
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against Appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED September 24, 2025.

_H. Todd McCray_____
H. Todd McCray, Justice